UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. S1-91-00001CR(6) |
| v. | ) |
| | ) |
| RAYMOND AMERSON-BEY, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Brocca L. Morrison enters her appearance as appointed counsel of record for the Defendant Raymond Amerson-Bey replacing all counsel who have previously appeared on behalf of the Defendant.

                                              Respectfully submitted,

                                              /s/Brocca L. Morrison
                                              BROCCA L. MORRISON   56093 MO
                                              Assistant Federal Public Defender
                                              1010 Market Street - Suite 200
                                              St. Louis, Missouri 63101
                                              Telephone 314-241-1255
                                              FAX: 314-421-3177
                                              E-Mail: Brocca_Smith@fd.org

                                              ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on 10/22/2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Attorney.

/s/ Brocca L. Morrison
BROCCA L. MORRISON   56093 MO